

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 05-60043-03 |
| VERSUS | JUDGE RICHARD T. HAIK |
| ERIN BROUSSARD | MAGISTRATE JUDGE METHVIN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULING

Before the Court is a MOTION and Incorporated Memorandum to Suppress a Statement and Request for Jackson/Denno Hearing filed by Defendant, Erin Broussard . [Doc. 119]. Magistrate Judge Methvin issued a Report and Recommendation, concluding that the MOTION should be denied. Having considered the Report and Recommendation, the Defendant's Objections, and the Government's Response, the Court hereby adopts the Recommendation of the Magistrate and DENIES the Motion [Doc. 119].

THUS DONE AND SIGNED on the 29th day of August, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA